1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RACHEL GAYLORD,

        Plaintiff,

        v.

ROBERT LEE LAVERS, Individually;
RW RADOVICH TRANSPORT, INC.
DOES I through XII;
ROE CORPORATIONS I through XII, inclusive

        Defendants.

Case No.: 3:19-CV-00543

Judge Larry R. Hicks
Magistrate Judge William G. Cobb

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between, RW RADOVICH TRANSPORT, INC. and ROBERT LEE LAVERS, in all capacities as listed in the caption of this matter, by and through their counsel, Byron L. Ames, Esq., of the law firm of Ames & Ames, LLP and RACHEL GAYLORD, in all capacities as listed in the caption of this matter, by and through his counsel, Matt Dion, Esq. of the Law Office of Matt Dion & Associates, LLC, as follows:

IT IS HEREBY STIPULATED, ADJUDGED AND DECREED that the parties have negotiated an out-of-court settlement in regards to the claims of Rachel Gaylord against all defendants, in all capacities as listed in the caption of this matter.

1

1  IT IS FURTHER STIPULATED, ADJUDGED AND DECREED that the parties acknowledge and agree that the claims made by Rachel Gaylord against all defendants, in all capacities as listed in the caption of this matter, be hereby dismissed with prejudice.

**ORDER**

UPON THE FOREGOING STIPULATION of the parties, and this appearing to be a proper case therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the foregoing Stipulation of the parties is adopted by the court.

IT IS SO ORDERED.

Dated this 6 day of January 2020.

By _____
Matt Dion, Esq.
Nevada Bar No. 5282
Matt Dion & Associates, LLC
275 Hill Street
Suite 248
Reno, NV 89501
*Attorneys for Rachel Gaylord*

By _____  FOR BYRON AMES
Byron L. Ames, Esq.              NV BAR
Nevada Bar No. 7581              14763
Ames & Ames, LLP
8275 S. Eastern Ave.
Ste. 200-723
Las Vegas, NV 89123
*Attorneys for Robert Lee Lavers and RW Radovich Transport, Inc.*

SEE NEXT PAGE FOR SIGNED ORDER

///

2

## ORDER

Pursuant to the foregoing Stipulation and good cause showing therefore:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the claims of Rachel Gaylord, in all capacities as listed in the caption of this matter, in this action be, and the same hereby are dismissed with prejudice.

DATED t his 8th day of January, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE